## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2012 APR 23  AM 9: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

| | |
|---|---|
| **LEROY SMITH and DENNIS NASH** ) | |
| ) | |
| individually and on behalf of ) | |
| all other persons similarly situated, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs. ) | No. 3: 12 -CV-449 -J- 34TEm |
| ) | |
| **BULLS-HIT RANCH AND FARM, INC.,** ) | |
| **THOMAS R. LEE, and** ) | |
| **RONALD UZZLE,** ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR WEEUN WANG TO APPEAR *PRO HAC VICE*
### AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Plaintiffs Leroy Smith and Dennis Nash, by and through the undersigned counsel, hereby move the Court for the special admission of Weeun Wang, of Farmworker Justice, to appear pro hac vice on their behalf. Movants further state the following:

1. Mr. Wang is a resident of Maryland and an attorney with Farmworker Justice, located at 1126 16th Street N.W., Suite 270, Washington, DC, 20036; telephone 202-293-5420; facsimile 202-293-5427.

2. Mr. Wang is an attorney licensed to practice law in the state of Pennsylvania and is a member in good standing with the bars of the United States District Court for the Eastern District of Wisconsin, the United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of Pennsylvania. Mr. Wang has been a member in good standing of the Pennsylvania Bar since May 14, 1981. Mr. Wang has never been disbarred or suspended from the practice of law in the state of Pennsylvania.

3. Mr. Wang is complying simultaneously with the requirements of Local Rule 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court and by registering for electronic service.

4. Mr. Wang designates the undersigned counsel, Gregory S. Schell, to act as local counsel, and Mr. Schell consents to act as such. Mr. Schell is admitted to practice before this Court, and he consents to the designation and to act as local counsel.

WHEREFORE, Plaintiffs Leroy Smith and Dennis Nash, by the undersigned counsel, respectfully requests the Court to grant their motion for Weeun Wang to be admitted pro hac vice to appear and participate in the above-captioned proceeding in their behalf, together with such other and further relief the Court deems proper.

Dated: April 20, 2012

Respectfully submitted,

Gregory S. Schell (Florida Bar No. 287199)
Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, FL 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

*Attorney for Plaintiffs*