# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 3:12-CV-449-J-34TEM

Plaintiff:
**Leroy Smith and Dennis Nash**
vs.
Defendant:
**Bulls-Hit Ranch and Farm, Inc. et al**


SKP2012002404

For:
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, FL 33460

Received by Serve Legal Process Inc. f/k/a Florida Litigation Support Services on the 8th day of June, 2012 at 2:03 pm to be served on **Bulls-Hit Ranch and Farm, Inc. c/o Thomas R. Lee, Registered Agent, 9165 Old Hastings Road, Hastings, FL 32145.**

I, Fred Bullard, do hereby affirm that on the **12th day of June, 2012** at **6:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint, Exhibits** with the date and hour of service endorsed thereon by me, to: **Thomas Lee** as **Son** at the address of: **9165 Old Hastings Road, Hastings, FL 32145**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which service was made. Pursuant to the penalty of perjury laws of this state, I declare that I have read the above and believe it to true and correct.

Fred Bullard
SPS025

Serve Legal Process Inc. f/k/a Florida Litigation
Support Services
1901 West Cass Street
Tampa, FL 33607
(813) 254-8762

Our Job Serial Number: SKP-2012002404
Ref: 2404

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m