UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH and DENNIS NASH individually and on behalf of all other persons similarly situated, | |
| Plaintiffs, | CIVIL ACTION |
| vs. | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | CLASS ACTION |
| Defendants. | |

**MOTION FOR SUBSITUTED SERVICE OF PROCESS ON THE SECRETARY OF LABOR WITH RESPECT TO DEFENDANT RONALD UZZLE**

Plaintiffs move the Court to authorize substitute service to Defendant Ronald Uzzle. In support of this motion, Plaintiffs respectfully show the following:

1. Plaintiff farmworkers filed this suit on April 23, 2012, alleging, *inter alia*, that Defendants committed violations of the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. § 1801 et seq.

2. Defendant Uzzle is a farm labor contractor who resides and has conducted business in St. Johns County, Florida. Complaint at ¶¶ 12, 20. Uzzle is currently registered as a farm labor contractor with the United States Department of Labor ("DOL"), with a registered address of 3480 County Road 13 S, Elkton FL 32033. See excerpt from U.S. Department of Labor registry of farm labor contractors, attached.

1

3. A summons in this suit was issued to Defendant Uzzle on April 23, 2012. Repeated attempts to personally serve the summons and complaint have been made at Uzzle's registered address of 3480 County Road 13 S, Elkton FL 32033. However, all such attempts have been unsuccessful.

4. Substituted service upon the United States Secretary of Labor is permitted in actions under the AWPA, which requires that an applicant for registration as a farm labor contractor to submit as part of the written application:

> a declaration, subscribed and sworn to by the applicant, consenting to the designation by a court of the Secretary as an agent available to accept service of summons in any action against the applicant, if the applicant has left the jurisdiction in which the action is commenced or otherwise has become unavailable to accept service. 29 U.S.C. § 1812(5).

5. DOL regulations promulgated under the AWPA require the Secretary of Labor to accept such service of a summons of summons in any action arising under the AWPA when so ordered by a court. 29 C.F.R. § 500.216. The regulations further specify the manner for effecting such service -- delivery personally or by certified mail, to either the Administrator of the DOL's Wage and Hour Division in Washington, D.C., or to the Administrator's authorized representative located in the area in which the action has been commenced. Id.

6. The Court may authorize substituted service pursuant to 29 U.S.C. § 1812(5) and 29 C.F.R. § 500.216 because Defendant Uzzle is a currently registered farm labor contractor, and has either left the jurisdiction or otherwise become unavailable to accept service.

7. For these reasons, Plaintiffs request that the Court authorize substitute service upon the Secretary of Labor in the manner prescribed by 29 C.F.R. § 500.216.

Respectfully submitted,

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida bar No. 287199
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Attorneys for Plaintiffs

**DATED:** July 10, 2012