UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH and DENNIS NASH individually and on behalf of all other persons similarly situated, | |
| Plaintiffs, | CIVIL ACTION |
| vs. | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | CLASS ACTION |
| Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
SUBSTITUTED SERVICE OF PROCESS ON THE SECRETARY OF LABOR
WITH RESPECT TO DEFENDANT RONALD UZZLE**

Plaintiffs have moved the Court for an order permitting them to serve the summons and complaint in this cause directed to Defendant Ronald Uzzle upon the Secretary of the United States Department of Labor, the designated agent for service for Uzzle. Substituted service upon the Secretary of Labor is permitted in actions under the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. §1812(5). Uzzle is a farm labor contractor who resides and has conducted business in St. Johns County, Florida. Complaint at ¶¶ 12, 20. He is currently registered with the United States Department of Labor ("DOL") as a farm labor contractor, with a registered address of 3480 County Road 13 S, Elkton Florida 32033. See excerpt from the federal registry of farm labor contractors, attached.

Provisions for substituted service upon the Secretary of Labor with regard to farm labor contractors were first included in the Farm Labor Contractor Registration Act, the predecessor

statute of the AWPA.  See 7 U.S.C. § 2044(b)(5).  These provisions were designed to address the itinerant nature of the farm labor contracting business.  *Marshall v. Buntings' Nurseries of Selbyville, Inc.*, 459 F.Supp. 92, 98 (D. Md. 1978); *DeLeon v. Ramirez*, 465 F.Supp. 698, 701-02 (S.D.N.Y. 1979); *Stewart v. James*, 519 F.Supp. 315, 316-17 (E.D.N.Y. 1981).  In 1983, the AWPA replaced and repealed the Farm Labor Contractor Registration Act, but the provision for substituted service on farm labor contractors was largely retained, *compare* 7 U.S.C. § 2044(b)(5) with 29 U.S.C. § 1812(5).

As a condition of being granted a certificate of registration as a farm labor contractor under the AWPA, applicants are required to provide a sworn declaration consenting to the designation by a court of the Secretary of Labor as the farm labor contractor's designated agent for service of process.  29 U.S.C. § 1812(5).  The Complaint in this suit alleges that Defendant Uzzle operated as a farm labor contractor at all relevant times, and as indicated by the attached excerpt from the federal registry of farm labor contractors, Uzzle is registered as a farm labor contractor.

The substituted service provisions of the AWPA available in those instances in which the farm labor contractor has left the jurisdiction or otherwise become unavailable to accept service of process.  *Sanchez v. G.F. Vaughan Tobacco Co.*, 213 F.R.D. 519 (S.D. Tex. 2003).  Despite repeated attempts to have Defendant Uzzle served personally at his registered address in Elkton, Florida, Plaintiffs have not been able to effect service.  As the Defendant has thus proven unavailable to accept service of process, substituted service of process is appropriate under 29 U.S.C. § 1812(d)(5).

Respectfully submitted,

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida bar No. 287199
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Attorneys for Plaintiffs

**DATED:** July 10, 2012