Wage and Hour Division (WHD)

Migrant and Seasonal Agricultural Worker Protection Act (MSPA)
Registered Farm LaborContractor Listing
March 2012

The Migrant and Seasonal Agricultural Worker Protection Act (MSPA) requires a contractor to obtain federal certification prior to performing any farm labor contracting activities.

The farm labor contractors who appear on the following list have obtained a federal certificate of registration authorizing the holder to perform farm labor contracting activities under MSPA. This list is updated quarterly. The information below is generated as of January 24, 2011. Only a person holding a valid certificate issued by the Secretary of Labor may engage in farm labor contracting activities. A list of Ineligible Farm Labor Contractors can be found at http://www.dol.gov/whd/regs/statutes/mspa_debar.htm

The list contains the name and physical address of all current certificate holders, as well as the expiration date and the certificate number issued by the Wage and Hour Division. The list also indicates if the contractor has been authorized to house workers, to use vehicles to transport workers, or to drive such vehicles.

NOTE: There are two ways to search a FLC certificate number or FLC business name. This can either be done on this web page or in the Excel Worksheet. Click on the Edit menu button on the left upper corner of your browser Excel Worksheet. Then click on the Find menu button which will launch a popup window where you can enter a FLC Certificate Number or FLC Business Name to search for. Next click on the Find Next to search. The cursor will highlight the first found item. If there is no matching found, a popup window will tell you there is not item found.

Revised Date: March 19, 2012 DownloadWorksheet (Click Save button when File Download screen pops up)

| FLC Certificate Number | FLC Business or FLC Individual | FLC Address | FLC Business Type | Authorization | | | FLC Certificate Valid Until |
|---|---|---|---|---|---|---|---|
| | | | | Driving | Housing | Transportation | |
| C-03-007962-G-13-R | S & P Conveyors, Inc | 168 E Ridge Road, Nottingham, PA 19362 | Corporation | N | N | N | 7/31/2013 |
| C-03-013695-J-12-R | RODRIGUEZ, CIPRIANO | 65 CHRIST LA, WALDEN, NY 12586 | Individual | Y | Y | N | 10/31/2012 |
| C-03-025612-J-13-R | MushroomCasing, Inc. | 519 Hillendale Road, Avondale, PA 19311 | Corporation | N | N | N | 10/31/2013 |
| C-03-026494-B-13-R | Garcia, Luciano | 79 State St., Geneva, NY 4456 | Individual | N | N | N | 2/28/2013 |
| C-03-038669-G-12-R | Amaro-Andujar, Edwin | B.O. Camino Nuevo, Yabucoa, PR 00767 | Individual | Y | N | N | 7/31/2012 |
| C-03-052445-G-12-R | Clodovio Diaz, LLC | 739 PARVINS MILL RD, Elmer, NJ 08318 | Corporation | N | Y | Y | 7/31/2012 |
| C-03-064282-B-12-R | MAS Labor H-2A | 650 Front Street, Roseland, VA 22967 | Corporation | N | N | N | 2/29/2012 |
| C-03-075244-C-12-I | 1 Touch Staffing Inc. | 26 S 35th Street, Camden, NJ 08105 | Corporation | N | N | N | 3/31/2012 |
| C-03-080319-C-12-I | Salas, Florencio | 236 Bank Street, Bridgeton, NJ 08302 | Individual | N | N | N | 3/31/2012 |
| C-03-096002-A-13-R | LaborCares, Inc | 1528 S. 8th Street, Philadelphia, PA 19147 | Corporation | N | N | Y | 1/31/2013 |
| C-03-101368-A-12-R | NEW HORIZON LABOR SERVICE INC | 1722 S 6TH ST, Philadelphia, PA 19148 | Corporation | N | N | Y | 1/31/2012 |
| C-03-106960-C-12-R | CorporationPlanned Stafing Inc | 911 KINGS HIGHWAY NORTH, Cherry Hill, NJ 08034 | Corporation | N | N | Y | 3/19/2012 |
| C-03-107276-E-12-I | J B Mushroom LLC | 101 New Garden Road, Avondale, PA 19311 | Corporation | N | N | N | 5/31/2012 |
| C-03-111743-F-12-R | MORALES, WILMER | 54 EDWARD AVE, Bridgeton, NJ 08302 | Individual | N | N | N | 6/30/2012 |
| C-03-118506-H-12-R | BAUTISTA, CIRO Q. | 140 E. Garfield Ave, Wildwood, NJ 08260 | Individual | Y | N | Y | 8/4/2012 |
| C-03-123113-J-12-R | FERIA CAMACHO, FRANCISCO | 205 PULTENEY ST #205, GENEVA, NY 14456 | Individual | N | N | N | 10/31/2012 |
| C-03-124165-H-12-I | Oliva, Maria | 16025 Coal Klin Road, Painter, VA 23420 | Individual | N | N | N | 8/31/2012 |
| C-03-124439-F-13-R | Carrillo, Juan | 291 WILSON AVENUE, LYONS, GA 30436 | Individual | Y | N | Y | 6/30/2013 |
| C-03-124723-C-12-R | HERNANDEZ, AGUSTIN | 566 Harrisonville Road, Swedesboro, NJ 08085 | Individual | N | Y | N | 3/31/2012 |
| C-03-154028-J-12-I | Ruiz, Guadalupe | 203 Matthew Street, Galax, VA 24333 | Individual | N | N | N | 10/31/2012 |
| C-03-155279-C-12-R | Roman, Lydia | 42 Lakeview Ave., Bridgeton, NJ 08302 | Individual | N | N | N | 3/31/2012 |
| C-03-160377-C-13-R | CUEVAS, JUAN | 2539 CEDARVILLE RD, MILLVILLE, NJ 08332 | Individual | Y | N | Y | 3/31/2013 |
| C-03-173099-E-12-I | INMIGRACTION HOY NEWS TODAY INC | 1428 ZEREGA AVENUE, Bronx, NY 10462 | Corporation | N | N | N | 5/30/2012 |
| C-03-175583-L-12-R | MORALES LOPEZ, MIGUEL | 248 BILLY PRICE RD, SEVEN SPRINGS, NC 28578 | Individual | N | N | N | 12/2/2012 |
| C-03-176940-A-13-R | VENTURA, LORETO | 1115 BRADFORD AVE, CHAS, SC 29412 | Individual | N | N | N | 1/30/2013 |
| C-03-190607-F-13-R | Huipe, Ricardo | 13080 Six L Road, Exmore, VA 23350 | Individual | Y | N | N | 6/30/2013 |
| C-03-193259-D-12-R | Gonzalez, Miguel | 146 Cottage Ave., Bridgeton, NJ 08302 | Individual | N | N | N | 4/30/2012 |
| C-03-193359-D-13-R | Bravo-Perez, Antonia | 213 Bank St, Bridgeton, NJ 08302 | Individual | N | N | N | 4/30/2013 |
| C-03-194856-D-12-R | HernandezAmilcar | 395 South Avenue, Bridgeton, NJ 08302 | Individual | Y | N | Y | 4/30/2012 |
| C-03-198759-C-12-I | Lopez-Gomez, Celia | 236 Bank Street, Bridgeton, NJ 08302 | Individual | N | N | N | 3/31/2012 |
| C-03-200024-A-12-R | Hang Staffing Services, Inc. | 5412 B Street, Philadelphia, PA 9120 | Corporation | N | N | Y | 1/31/2012 |
| C-03-200513-G-12-I | Alvarez Spawning, Inc. | 112 West Meadow Drive, West Grove PA 19390 | Corporation | N | N | N | 7/31/2012 |
| C-03-209930-B-12-I | TS Employment Inc. | 65 Glen Grey Road, Oakland, NJ 07436 | Corporation | N | N | N | 2/29/2012 |
| C-03-239482-E-12-I | Ortiz, Luis | Palomas Calle 12 # 10, Yauco, PR 00698 | Individual | Y | N | N | 5/31/2012 |
| C-03-245103-B-12-R | Horizon Forestry LLC | 302 Centrl Street, Gordonsville, VA 22942 | Other (Specify) | N | N | Y | 2/28/2012 |
| C-03-265593-A-13-R | PennSky Group Inc. | 1925 Mckean Street, Philadelphia, PA 19145 | Corporation | N | N | Y | 1/31/2013 |
| C-03-274661-G-12-I | COASTAL BLUEBERRY SERVICE, INC. | 61 Common Rd., Union, ME 04862 | Corporation | N | N | N | 7/31/2012 |

| ID | Name | Address | Type | | | | Date |
|---|---|---|---|---|---|---|---|
| C-04-711096-D-12-R | | | | | | | |
| C-04-711305-D-12-R | NAVARRO, MINERVA | 130 COUNTY RD 830 A, FELDA, FL 33930 | Individual | Y | N | N | 4/15/2012 |
| C-04-711347-A-12-I | Sanchez,Milga | 1987 Murraytown Road, Burgaw, NC 28425 | Individual | N | N | N | 1/31/2012 |
| C-04-711801F-12-R | FLORES, FRAILIN B. | HWY #301, GABLE, SC 29051 | Individual | N | N | N | 6/30/2012 |
| C-04-712995-H-12-I | BARAJAS, RAMIRO | 175 LAKE PEARL DR, LAKE PLACID, FL 33852 | Individual | N | N | N | 8/31/2012 |
| C-04-713866-D-12-R | CROWL, ERASTIOUS | 40 HIGHLANDS LAKE DR, LAKE PLACID, FL 33852 | Individual | N | N | N | 4/30/2012 |
| C-04-713994-L-12-R | MOORE'S PACKING CO., INC. | 197 HERMAN ARNOLD RD, CAMDEN, NC 27921 | Corporation | N | Y | N | 12/31/2012 |
| C-04-714204-H-12-R | FLORES, ALBERTO | 2880 B ROAD, LOXAHATCHEE, FL 33470 | Individual | Y | N | N | 8/30/2012 |
| C-04-714849-H-13-R | AGUILAR, NOE | 41149 LYNN BROOK DR, ZEPHYRHILLS, FL 33540 | Individual | N | N | N | 8/31/2013 |
| C-04-715712I-12-R | GODWIN CITRUS, Inc. | 3521 ELEVEN MILE RD, FT PIERCE, FL 34945 | Corporation | N | N | Y | 9/30/2012 |
| C-04-717510-K-12-R | DELEON, MARIA E. | 1409 N PEAR ST, IMMOKALEE, FL 34142 | Individual | Y | N | N | 11/30/2012 |
| C-04-717805-G-12-I | Galarza, Reynaldo | 304 Dozier Lane, Chadbourn, NC 28431 | Individual | N | N | N | 7/31/2012 |
| C-04-718050-E-12-R | BARAJAS, FIDEL | 1528 EUCALYPTUS AVE, LAKE PLACID, FL 33852 | Individual | Y | Y | Y | 5/31/2012 |
| C-04-718565I-12-I | Sierra, Estella | 13216 SW 314th Terrace, Homestead, FL 33033 | Individual | N | N | N | 9/30/2012 |
| C-04-718642-C-12-R | HERNANDEZ, MARTHA | 3443 NW 36TH AVE, OKEECHOBEE, FL 34972 | Individual | Y | N | N | 3/31/2012 |
| C-04-718693F-12-R | ESQUIVEL, JUAN | 511 NOBLES PINE, LABELLE, FL 33935 | Individual | Y | N | N | 6/30/2012 |
| C-04-718859I-12-R | RUIZ, RAUL | EVERGLADES MHP LOT #47, CLEWISTON, FL 33440 | Individual | Y | N | N | 9/30/2012 |
| C-04-718964-K-12-R | Sanchez,Matilde | 1897 MurraytownRoad, Burgaw, NC 28425 | Individual | N | N | N | 11/30/2012 |
| C-04-719449-G-12-I | Vazquez,Blanca | 296 C A Hardy Road, Omega, GA 31775 | Individual | N | N | N | 7/31/2012 |
| C-04-720047F-12-R | DEAN, MELISSA | 35 BANKS RD, FROSTPROOF, FL 33843 | Individual | Y | N | N | 6/30/2012 |
| C-04-720062-E-12-R | MEJIA, ARNULFO | 402 AVE A E - WAHNETA, WINTER HAVEN, FL 33880 | Individual | Y | N | N | 5/30/2012 |
| C-04-720180-K-12-I | ZUNIGA, AMELIA | 146 S CYPRESS ST, FELLSMERE, FL 32948 | Individual | Y | N | N | 11/30/2012 |
| C-04-720289-H-13-R | PEREZ, MARTIN | 337 E OBISPO AVE, CLEWISTON, FL 33440 | Individual | Y | N | Y | 8/31/2013 |
| C-04-720329I-12-R | Deleon, Jr, Alberto | 103 NORTH BAY ST, FELLSMERE, FL 32948 | Individual | Y | N | N | 9/30/2012 |
| C-04-720331-K-13-R | UZZLE, RONALD | 3480 CR 13 SOUTH, ELKTON, FL 32033 | Individual | Y | N | Y | 11/30/2013 |
| C-04-720497-H-12-R | Gamez, Gilberto | 8186 101st Ave, Vero Beach, FB2967 | Individual | Y | N | N | 8/31/2012 |
| C-04-720631-G-13-R | Rodriguez, Marcos | 6078 153th Road, Live Oak, FB2060 | Individual | N | N | N | 7/22/2013 |
| C-04-720857-D-12-R | STOKES, RILEY | 810 CR 229P, WILDWOOD, FL 34785 | Individual | N | N | N | 4/30/2012 |
| C-04-720914F-12-R | Rivera, Cain | 1373 SE WHISPERING PINES, ARCADIA, FL 34266 | Individual | Y | N | N | 6/30/2012 |
| C-04-720952-A-12-I | ZUNIGA, GUSTAVO | 146 S CYPRESS ST, FELLSMERE, FL 32948 | Individual | Y | N | N | 1/31/2012 |
| C-04-720952-B-13-R | ZUNIGA, GUSTAVO | 146 S CYPRESS ST, FELLSMERE, FL 32948 | Individual | Y | N | N | 2/28/2013 |
| C-04-720988-A-13-R | BARAJAS, III, RAMIRO | 195 RICHFIELD DR, LAKE PLACID, FL 33852 | Individual | Y | N | N | 1/31/2013 |
| C-04-721020-G-13-R | GARZA, ESMERALDA | 451 SE 8 ST LOT #23, HOMESTEAD, FL 33030 | Individual | N | N | N | 7/31/2013 |
| C-04-721057-D-12-R | MENDOZA, ELISEO | 108 SUNFLOWER DRIVE, LAKE PLACID, FL 33852 | Individual | Y | N | N | 4/1/2012 |
| C-04-721222-A-12-R | PONCE BROTHER INC. | 20994 SW 388 ST, Florida City, FL 33034 | Corporation | N | N | N | 1/31/2012 |
| C-04-721568-H-12-R | Agundis, Juan | 9532 SW 62nd Court, Trenton, FL 32693 | Individual | N | N | N | 8/31/2012 |
| C-04-721682-K-12-R | MARTINEZ, HERMENEGILDO | 1900 8TH AVE LOT #80, IMMOKALEE, FL 34142 | Individual | Y | N | N | 11/30/2012 |
| C-04-721774-H-12-R | Ramirez, Virginia | EMMITT JACKSON RD, FAISON, NC 28341 | Individual | N | N | N | 8/31/2012 |
| C-04-721847-K-13-R | Wilson III, Charles | 763 Sunset Pointe Drive, Lake Placid, FL 33852 | Individual | Y | N | N | 11/30/2013 |
| C-04-721892F-12-R | GOMEZ, PABLO | 5019 POPLAR AVE, BOWLING GREEN, FL 33834 | Individual | Y | N | N | 6/30/2012 |
| C-04-722002-H-12-I | Rangel, Nolberto | 90 N Lime Street, Fellsmere, FB2948 | Individual | Y | N | N | 8/31/2012 |
| C-04-722337J-13-R | BRAVO-HERNANDEZ, JOSE | 145 FLAGER ST, LAKE PLACID, FL 33852 | Individual | Y | N | N | 10/31/2013 |
| C-04-722379I-12-R | MENDOZA, JUSTINO | 313 MCCRAY RD, AVON PARK, FL 33825 | Individual | Y | N | N | 9/5/2012 |
| C-04-722417-D-12-R | CONTRERAS, ALEJANDRO | 307 N 24TH STREET, HAINES CITY, FL 33844 | Individual | Y | N | N | 4/30/2012 |
| C-04-722429F-12-R | BENITEZ, ATAULFO | 111 ALBINA AVE, LAKE WALES, FL 33853 | Individual | Y | N | N | 6/30/2012 |
| C-04-722929-H-12-R | Velasquez Pina, Pedro | 201 Park Rd, Ellenton, GA 31747 | Individual | N | N | N | 8/31/2012 |
| C-04-722948-A-12-R | GONZALEZ, JOSE | 361 PINE AVE, LABELLE, FL 33935 | Individual | Y | N | N | 1/23/2012 |
| C-04-723102-G-12-R | BARAJAS, HILARIO | 405 NANDELL AVE, MASCOTTE, FL 34753 | Individual | Y | N | Y | 7/30/2012 |
| C-04-723267J-13-R | BATEMAN, JAMES | 40 DEER RD, FROSTPROOF, FL 33843 | Individual | Y | N | Y | 10/31/2013 |
| C-04-723305-H-12-R | Bonilla, Emilio | 323 E. Canal St. N, Belle Glade, FL 33430 | Individual | Y | N | N | 8/31/2012 |
| C-04-723878F-13-R | RUIZ, PAULIN | 646 SUMNER RD, WAUCHULA, FL 33873 | Individual | Y | N | N | 6/30/2013 |
| | JENKINS, CONNIE ANN | | Individual | N | N | N | 6/30/2012 |