UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LEROY SMITH and DENNIS NASH individually and on behalf of all other persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

**ORDER**

1. This matter came before the Court upon the Plaintiffs' Motion for Substituted Service of Process upon the Secretary of Labor With Respect to Defendant Ronald Uzzle.

2. The Court having reviewed the motion and the accompanying memorandum and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' motion is GRANTED.  Plaintiffs are authorized to serve the summons and complaint directed to Defendant Ronald Uzzle upon the Secretary of the United States Department of Labor, in accordance with 29 U.S.C. § 1812(5).

_____
United States District Judge

DONE AND ORDERED at Jacksonville, Florida, this _____ day of July, 2012.