**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEROY SMITH and DENNIS NASH,
individually and on behalf of all other
persons similarly situated,

    Plaintiffs,

vs.                                                     CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.

_____

## O R D E R

This matter is before the Court on Plaintiffs' Motion for Substituted Service of Process on the Secretary of Labor With Respect to Defendant Ronald Uzzle (Doc. #8, "Motion to Substitute Service"). Plaintiffs' counsel avers that "[r]epeated attempts to personally serve the summons and complaint have been made at Uzzle's registered address. . ." but "such attempts have been unsuccessful." Motion for Substitute Service at 2.

Rule 4, Federal Rules of Civil Procedure permits that an individual within a judicial district of the United States, unless federal law provides otherwise, may be served by:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; **or** (2) doing any of the following:
> (A) delivering a copy of the summons and of the complaint to the individual personally;
> (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
> (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e) (emphasis added).

In this case, Defendant Ronald Uzzle is alleged to be a farm labor contractor who resides and has conducted business in St. Johns County, Florida and is registered with the United States Department of Labor.  Motion to Substitute Service at 1.  Under rules promulgated for the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. § 1801 *et seq.*, substituted service of process upon any holder of a "Certificate of Registration," may be effected by certified mail or personal delivery of the summons to the Secretary of Labor, vis-a-vis the Administrator of the Wage and Hour Division in Washington, D.C. or the Administrator's authorized local representative.  29 C.F.R. § 500.216; *see also* 29 U.S.C. § 1812(5) (requiring that any person receiving a certificate of registration under the AWPA must consent to service of process upon the Secretary of Labor as his/her registered agent, if so designated by a court).

Having made numerous unsuccessful attempts to personally serve Ronald Uzzle at his registered address, this Court finds substitute service of process upon the Secretary of Labor is warranted and falls within the ambit of Fed. R. Civ. P. 4(e)(2)(C).

Thus, having reviewed the motion and the accompanying memorandum and being otherwise fully advised in the premises, it is hereby **ORDERED:**

Plaintiffs' Motion to Substitute Service (Doc. #8) is **GRANTED**.  Plaintiffs are authorized to serve the summons and complaint directed to Defendant Ronald Uzzle upon the Secretary of the United States Department of Labor, in accordance with 29 U.S.C. § 1812(5).

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of July, 2012.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties, if any