UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH and DENNIS NASH individually and on behalf of all other persons similarly situated, | |
| Plaintiffs, | CIVIL ACTION |
| vs. | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | CLASS ACTION |
| Defendants. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR FILING
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

In accordance with Fed.R.Civ.P. 6(b), Plaintiffs move for an enlargement of the period for filing their motion for class certification until a date 60 days following the close of discovery specified in a Case Management Order to be entered by the Court in this matter. In support of this motion, the Plaintiffs state as follows:

1. This matter was filed on October 28, 2010 and presented claims under the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. § 1801 et seq., the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., Article X § 24 of the Florida Constitution, as implemented by the Florida Minimum Wage Act, Fla. Stat. § 448.110 et seq., and the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1581. Plaintiffs' claims under the AWPA and the Florida minimum wage laws are brought on behalf of a proposed class of migrant farmworkers employed by the Defendants during the 2009 and 2010 potato harvest

seasons. See Complaint (Docket Entry 1) at 4, ¶¶ 12, 13. Although none of the Defendants has yet answered the complaint, counsel for Defendants Bulls-Hit Ranch and Farm and Thomas R. Lee has indicated that Plaintiffs' claims will be vigorously contested.

2. Plaintiffs effected service of the complaint and summons on Defendants Bulls-Hit and Lee on June 12, 2012. (Docket Entries 6 and 7). Plaintiffs have been unable to effect service on Defendant Ronald Uzzle, however, and have obtained the Court's authorization to effect substituted service upon the United States Secretary of Labor pursuant to 29 U.S.C. § 1812(5). (Docket Entry 9). Shortly after service of the complaint and summons, counsel for Defendants Bulls-Hit and Lee contacted Plaintiffs' counsel to begin settlement discussions. In the course of ensuing discussions, Defendants' counsel requested an extension of time for Bulls-Hit's and Lee's answers to the complaint; Plaintiffs agreed, initially to August 1, 2012, and as discussions continued, to August 15, 2012. Pending settlement discussions and Defendants' answers to the complaint, the parties have not conferred on case management issues.

3. Local Rule 4.04(b) requires plaintiffs to move for class certification within 90 days of filing their complaint unless the Court extends this time for good cause shown. Good cause exists for such an extension in this case. This case involves a class of approximately 50 migrant farmworkers and issues of fact and law that are expected to be contested. Because class certification is likely to be a subject of disagreement between the parties, Plaintiffs believe that an evidentiary record needs to be developed in order for the Court to fully evaluate the propriety of class certification. As the parties have not conferred on case management, there has been no opportunity for Plaintiffs to raise discovery needs relating to class certification.

4. Plaintiffs thus seek to enlarge the period for them to file their class certification motion until a date 60 days following the close of discovery specified in a Case Management

Order to be entered by the Court in this matter. This should allow sufficient time for the parties to complete discovery directed at the class certification question and provide the Court with a well-developed evidentiary record to guide its analysis under Rule 23.

5. In accordance with Local Rule 3.01(g), the undersigned has conferred regarding this motion with James Padgett, counsel for the Defendants Bulls-Hit and Lee, and is authorized to report that the Defendants do not oppose the relief sought in this motion.

Respectfully submitted,

*/s/ Weeun Wang*

Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs