UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH and DENNIS NASH ) <br> individually and on behalf of ) <br> all other persons similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BULLS-HIT RANCH AND FARM, ) <br> THOMAS R. LEE, and RONALD UZZLE, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> No. 3:12-cv-00449-MMH-TEM <br><br> CLASS ACTION |

**ORDER**

    1.    This matter came before the Court upon the Plaintiffs' Unopposed Motion for Enlargement of Time for the Filing of Plaintiffs' Motion for Class Certification in this matter.

    2.    Plaintiffs have requested, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, enlargement of the period for filing a motion for class certification, as set forth in Local Rule 4.04(b), until a date 60 days following the close of discovery specified in a Case Management Order to be entered by the Court in this matter.

    3.    The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' motion is GRANTED. The period in which Plaintiffs may file a motion for class certification is enlarged to 60 days following the close of discovery specified in a Case Management Order to be entered by the Court.

_____
United States District Judge

DONE AND ORDERED at Jacksonville, Florida, this _____ day of July, 2012.