UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, individually and on behalf of all other persons similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs | ) CIVIL ACTION |
| | ) No. 3:12-cv-00449-MMH-TEM |
| v. | ) CLASS ACTION |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE VERIFYING SERVICE OF PLAINTIFFS' FIRST AMENDED COMPLAINT ON DEFENDANT RONALD UZZLE

Pursuant to this Court's Order Granting Plaintiffs' Unopposed Motion to Join a Plaintiff and to Amend the Complaint (ECF No. 13), Plaintiffs' counsel sent a copy of said Order, along with the First Amended Complaint, to Defendant Ronald Uzzle at his last known address on October 24, 2012 by certified U.S. Mail, with return receipt requested.

Respectfully submitted,

/s/ *Weeun Wang*

Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I caused the foregoing document to be served by certified mail to the following persons:

James Padgett
113 N 4th St
Palatka, FL, 32177
Counsel for Defendants Bulls-Hit Ranch and Farm and Thomas R. Lee

Ronald Uzzle
3480 County Rd. 13 South
Elkton, FL 32033

DATED this 24th day of October, 2012

*/s/ Weeun Wang*
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org