UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, | ) ) ) ) | |
| individually and on behalf of all other persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs and defendants Thomas R. Lee ("Lee") and Bulls-Hit Ranch and Farm ("Bulls-Hit") (collectively, "the parties") jointly seek the Court's approval of the parties' Settlement Agreement and Release ("Settlement Agreement") in this case. Because the plaintiffs' claims in this case include claims arising under the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 – 219, the proposed Settlement Agreement requires approval of the Court. A copy of the proposed Settlement Agreement and supporting memorandum accompanies this motion.

Respectfully submitted,

/s/ *Weeun Wang*  /s/ James L. Padgett
_____  _____
Weeun Wang   James L. Padgett
FARMWORKER JUSTICE   113 N. 4th Street, No. 2
1126 16th Street NW, Suite 270   Palatka, FL 32177
Washington, DC 20036   386-325-2667 (telephone)
202-293-5420 (telephone)   386-325-8754 (facsimile)
202-293-5427 (facsimile)   padgettlaw1@aol.com
wwang@farmworkerjustice.org   Attorney for Defendants Lee and Bulls-Hit

Gregory S. Schell (Florida bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2012, I caused the foregoing document to be served by certified mail to the following persons:

James Padgett
113 N 4th St
Palatka, FL, 32177
Counsel for Defendants Bulls-Hit Ranch and Farm and Thomas R. Lee

Ronald Uzzle
3480 County Rd. 13 South
Elkton, FL 32033

DATED this 25th day of October, 2012

> */s/ Weeun Wang*
> Weeun Wang
> FARMWORKER JUSTICE
> 1126 16th Street NW, Suite 270
> Washington, DC 20036
> 202-293-5420 (telephone)
> 202-293-5427 (facsimile)
> wwang@farmworkerjustice.org