# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, individually and on behalf of all other persons similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION |
| | ) ) | No. 3:12-cv-00449-MMH-TEM |
| v. | ) ) | CLASS ACTION |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement in this matter.  Because the plaintiffs' claims in this case include claims arising under the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 – 219, the proposed Settlement Agreement requires approval of the Court.

The Court having reviewed the motion and being otherwise fully advised in the premises, and being satisfied as to the fairness of the parties' proposed settlement, it is hereby ORDERED AND ADJUDGED that the parties Joint Motion is GRANTED.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of _____, 2012.

_____
United States District Judge

Respectfully submitted,

/s/ *Weeun Wang*

Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs