**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEROY SMITH, DENNIS NASH, and
ALFONSO GRANT, individually and on
behalf of all other persons similarly situated,

           Plaintiffs,

vs.                                       Case No. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM, INC.,
THOMAS R. LEE, and RONALD UZZLE,

           Defendants.
_____/

## **NOTICE OF TELEPHONIC HEARING**

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a telephonic hearing on the Joint Motion for Approval of Settlement Agreement (Dkt. No. 18; Motion) on **TUESDAY, NOVEMBER 13, 2012,** at **11:00 A.M.** before the Honorable Marcia Morales Howard, United States District Judge. Counsel for Plaintiffs shall initiate the telephone conference call first by calling counsel for Defendants and then conferencing the Court's telephone number: (904) 301-6812.

DATE: October 31, 2012

                                                  FOR THE COURT:

                                                  By:    s/ Jodi L. Wiles
                                                         Jodi L. Wiles, Deputy Clerk

Copies to:
Counsel of Record