UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH and DENNIS NASH, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BULLS-HIT RANCH AND FARM, INC. THOMAS R. LEE, and RONALD UZZLE, <br><br> Defendants. | CASE NO. 3-12-cv-449-J-34TEM |

## CERTIFICATE OF SERVICE OF PROCESS

Pursuant to the July 12, 2012 Order of the United States District Court, Middle District of Florida, Jacksonville Division, in the above-captioned case, I certify that on the 12th day of October 2012, Ronald Uzzle was served with the summons and the complaint in the above-captioned case by prepaid U.S. mail, return receipt received, at the following address that was provided to the Department of Labor by Ronald Uzzle and is contained in the Farm labor Contractor file maintained for this individual by the Department:

Ronald Uzzle
CR 13 South 3480
Elkton, FL 32033.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

JENNIFER BRAND
Associate Solicitor

JONATHAN M. KRONHEIM
Counsel for Trial Litigation

*[signature: Roger W.]*

ROGER W. WILKINSON
Attorney
U.S. Department of Labor
Office of the Solicitor
Room N-2716
200 Constitution Ave., N.W.
Washington, D.C. 20210

CERTIFICATE OF SERVICE

I certify that on this 31 day of October 2012, a copy of the Certificate of Service of Process was sent by prepaid U.S. mail to:

Gregory S. Schell
Florida Legal Services, Inc.
Migrant Farmworker Justice Report
508 Lucerne Avenue
Lake Worth, FL 33460-3819

Weeun Wang
Farmworker Justice
Suite 270
1126 Sixteenth Street NW
Washington, DC 20036

Ronald Uzzle
CR 13 South 3480
Elkton, FL 32033

Roger W. Wilkinson
Attorney

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

Office of the Solicitor
Fair Labor Standards Division
200 Constitution Avenue, N.W.
Room N-2716
Washington, D.C. 20210

Roger Wilkinson

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

PS Form 3811, December 1994

102595-98-B-0229  Domestic Return Receipt

Thank you for using Return Receipt Service.

7001 2510 0007 8193 0583

3. A

Ronald Uzzle
CR 13 South 3480
Elkton, FL 12033

4a. Article Number

4b. Service Type
☐ Registered ☐ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 10/12/12

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.