FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 NOV -6 AM 10: 20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LEROY SMITH and DENNIS NASH,
Individually and on behalf of all other
Persons similarly situated,

      Plaintiffs,

vs.                                                                       CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

      Defendants.

_____

## APPEARANCE OF COUNSEL

The undersigned counsel is admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Ronald Uzzle.

This 6th day of November, 2012.

Respectfully submitted,

BY: _____

Ellis W. Peetluk
Attorney for Defendant
Florida Bar No.: 885850
13820 St. Augustine Road
Suite 113-284
Jacksonville, Florida 32258
ellispeetluk@mac.com
904 355-0700 tel. / 904 940-1326 fax

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH and DENNIS NASH,
Individually and on behalf of all other
Persons similarly situated,

      Plaintiffs,

vs.                             CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

      Defendants.

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Entry of Appearance has been furnished by U.S. Mail postage prepaid to the following counsel of record:

Weeun Wang
1126 16th Street, NW
Suite 270
Washington, D.C. 20036
wwang@farmworkerjustice.org

Gregory S. Schell
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
greg@floridalegal.org

James Padgett
113 N. 4th Street
Suite 2
Palatka, Florida 32177

This 6th day of November, 2012.

Respectfully submitted,

BY:

Ellis W. Peetluk
Attorney for Defendant
Florida Bar No.: 885850
13820 St. Augustine Road
Suite 113-284
Jacksonville, Florida 32258
ellispeetluk@mac.com
904 355-0700 tel. / 904 940-1326 fax