UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH and DENNIS NASH,
Individually and on behalf of all other
Persons similarly situated,

    Plaintiffs,

vs.	CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.
_____

## MOTION FOR EXTENSION OF TIME

The Defendant Ronald Uzzle, by and through the undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file a responsive pleading to the First Amended Complaint and as support for said motion shows as follows:

1.

The Defendant Ronald Uzzle has been ordered to file a responsive pleading to the First Amended Complaint not later than November 9, 2012.

2.

There has been substantial discussion between the Plaintiff's counsel and the Co-Defendant's counsel and the Defendant Ronald Uzzle was under the mistaken belief that during these discussions the Co-Defendant's counsel was also representing him.

3.

Defendant Ronald Uzzle only recently came to realize his error and the fact that no one was really representing him in this civil action. He immediately sought representation and ultimately retained the undersigned counsel in just the past few days.

4.

The undersigned counsel has been authorized by the Plaintiffs' counsel to announce that Plaintiffs consent to a thirty (30) day extension of time to file a responsive pleading to the First Amended Complaint.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), the undersigned counsel respectfully requests that this Honorable Court grant a thirty (30) day extension for Defendant Ronald Uzzle to file a responsive pleading to the First Amended Complaint.

This 6th day of November, 2012.

Respectfully submitted,

BY: _____
Ellis W. Peetluk
Attorney for Defendant
Florida Bar No.: 885850
13820 St. Augustine Road
Suite 113-284
Jacksonville, Florida 32258
ellispeetluk@mac.com
904 355-0700 tel. / 904 940-1326 fax

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH and DENNIS NASH,
Individually and on behalf of all other
Persons similarly situated,

    Plaintiffs,

vs.                                  CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Extension of Time has been furnished by U.S. Mail postage prepaid to the following counsel of record:

Weeun Wang
1126 16th Street, NW
Suite 270
Washington, D.C. 20036
wwang@farmworkerjustice.org

Gregory S. Schell
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
greg@floridalegal.org

James Padgett
113 N. 4th Street
Suite 2
Palatka, Florida 32177

This 6th day of November, 2012.

Respectfully submitted,

BY: _____
Ellis W. Peetluk
Attorney for Defendant
Florida Bar No.: 885850
13820 St. Augustine Road
Suite 113-284
Jacksonville, Florida 32258
ellispeetluk@mac.com
904 355-0700 tel. / 904 940-1326 fax