UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH, DENNIS NASH, and
ALFONSO GRANT, individually and on
behalf of all other persons similarly situated,

          Plaintiffs,

vs.                                       Case No. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM, INC.,
THOMAS R. LEE, and RONALD UZZLE,

          Defendants.
_____/

## ORDER OF REFERRAL

In accordance with 28 U.S.C. § 636(b) and Local Rule 6.01(b), the Joint Motion for Approval of Settlement Agreement (Dkt. No. 18; Motion) is hereby **REFERRED** to the Honorable Thomas E. Morris, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the Motion. The undersigned requests that a Report and Recommendation be entered no later than **January 11, 2013**.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of November, 2012.

*MARCIA MORALES HOWARD*
United States District Judge

ja
Copies to:
Hon. Thomas E. Morris
Counsel of Record