**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LEROY SMITH and DENNIS NASH,
ALFONSO GRANT,
individually and on behalf of all other
persons similarly situated,

    Plaintiffs,

vs.                                                     CASE NO. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.
_____

## O R D E R

       This case came before the Court on January 17, 2013, for a telephonic hearing on the status and procedural posture of this case. Upon review of the record, the undersigned noted a number of procedural flaws that could hinder the progress of this case. First, the Court noticed the forty (40) day temporary special admission of attorney James Padgett to the Bar of this Court granted by Judge Howard on November 13, 2012 had expired without Mr. Padgett becoming a member of the Bar. Mr. Padgett remains the only counsel of record for Defendants Bulls-Hit Ranch and Farm and Thomas R. Lee. Second, the Court noted that attorney Ellis Peetluk, counsel for Defendant Ronald Uzzle, does not have a registered email address on file for the CM/ECF system, nor is he utilizing electronic filing despite the mandate for the conversion to a paperless system that issued on July 14, 2004. Third, the Court noted that the enlarged time for Defendant Uzzle to file a responsive pleading expired on December 10, 2012, but nothing has been filed by Uzzle since the

motion seeking the extension. Further, Plaintiffs have failed to seek default against Defendant Uzzle.

Counsel for all parties were present by telephone at the hearing.[1] Attorneys Padgett and Peetluk acknowledged and apologized for the deficiencies noted above. Attorneys Wang and Peetluk advised the Court they had reached a settlement agreement between Plaintiffs and Defendant Uzzle. Upon inquiry, counsel stated the forthcoming settlement would resolve the individual and the proposed class claims remaining in the case. Upon consideration, the following rulings were made:

1. Attorney James L. Padgett shall be granted temporary, special admission to appear in this case **through February 15, 2013 only**. Mr. Padgett is directed to complete the application/admission process not later than **February 15,** and to thereafter file a notice of his admission status. The Court is willing to conduct an attorney admission ceremony by telephone. Counsel may contact the Clerk's Office to schedule a telephonic admission.

2. Attorney Ellis Peetluk shall register for CM/ECF and place a valid email address on file with the Clerk **by January 31, 2013**. Failure to comply with this directive may result in the imposition of sanctions against Mr. Peetluk.

3. **Not later than February 15 2013**, the parties shall file a motion seeking approval of a settlement in this action between Plaintiffs and Defendant Uzzle.

---

[1] The non-transcribed recording of the hearing is hereby incorporated by reference. The parties may contact the Courtroom Deputy of the undersigned if a transcript of the hearing is desired.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of January, 2013.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties, if any