UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, individually and on behalf of all other persons similarly situated, | |
| | CIVIL ACTION |
| Plaintiffs | No. 3:12-cv-00449-MMH-TEM |
| v. | CLASS ACTION |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR THE COURT TO DETERMINE
AND ASSESS ATTORNEY'S FEES AND COSTS AGAINST
DEFENDANTS THOMAS R. LEE AND BULLS-HIT RANCH AND FARM**

1. Plaintiffs request the Court to determine and assess against defendants Thomas R. Lee ("Lee") and Bulls-Hit Ranch and Farm ("Bulls-Hit") plaintiffs' reasonable attorney's fees and out-of-pocket costs in this action as provided by the Fair Labor Standards Act, 29 U.S.C. § 216(b). The Court's determination and assessment of attorney's fees and costs is requested pursuant to a settlement agreement that plaintiffs entered with Lee and Bulls-Hit and is the subject of the parties' pending joint motion for the Court's approval.

2. Plaintiffs brought this action against Lee and Bulls-Hit, and a third defendant, Ronald Uzzle, who is not a party to the above-mentioned settlement agreement and has no interest in this request of the Court, asserting claims against defendants under the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, Article X § 24 of the Florida Constitution, as implemented by the Florida Minimum Wage Act, Fla. Stat. § 448.110, the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1801-1872, and the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1581-1596.

1

3. Plaintiffs have entered into a settlement agreement with Lee and Bulls-Hit, and the parties have jointly filed a motion seeking this Court's approval of the settlement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). ECF No. 18. The proposed settlement would resolve all claims against Lee and Bulls-Hit set forth in the complaint except for reasonable attorney's fees and costs to which plaintiffs are entitled pursuant to 29 U.S.C. § 216(b). ECF No. 18-1.

4. On January 11, 2013, United States Magistrate Judge Thomas E. Morris issued a report and recommendation that this Court grant approval of the proposed settlement and, among other things, that the Court retain jurisdiction to determine plaintiffs' attorney's fees and costs if the parties are unable to reach a negotiated resolution. ECF No. 35.

5. Subject to the Court's approval of the plaintiffs' settlement with Lee and Bulls-Hit, and for the reasons set forth in the accompanying memorandum and exhibits in support of this motion, plaintiffs ask that the Court assess against Lee and Bulls-Hit plaintiffs' reasonable attorney's fees in the amount of $21,682 and costs in the amount of $415.

Respectfully submitted,

/s/ Weeun Wang

Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida Bar No. 287199)
Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, FL 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, | |
| individually and on behalf of all other persons similarly situated, | |
| Plaintiffs, | CIVIL ACTION |
| v. | No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | CLASS ACTION |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2013, I caused the foregoing Plaintiffs' Motion for Assessment of Attorney's Fees and Costs Against Defendants Thomas R. Lee and Bulls-Hit Ranch and Farm to be served via the court's ECF filing system, U.S. mail, and/or electronic mail, on the following counsel of record:

Mr. James Padgett
113 N 4th St
Palatka, FL 32177
padgettlaw1@aol.com

Mr. Gregory S. Schell
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
greg@floridalegal.org

Mr. Ellis Peetluk
13820 St. Augustine Rd., Suite 113-284
Jacksonville, FL 32258
ellispeetluk@mac.com

Respectfully submitted this 22nd day of January, 2013,

/s/ Weeun Wang
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org