UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LEROY SMITH and DENNIS NASH,
ALFONSO GRANT, individually
and on behalf of all other persons
similarly situated,

    Plaintiffs,                                    Case No: 3:12-cv-449-J-34TEM

vs.

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE and RONALD UZZLE

    Defendants
_____/

## RESPONSE TO MOTION TO STRIKE MEMORANDUM

At the outset of this litigation the undersigned was of the mistaken opinion he was admitted to practice in the United States District Court, Middle District of Florida. He was previously admitted but inadvertently allowed his admission to expire. After becoming aware of his need for readmission Judge Thomas E. Morris gave him temporary admission until November 13, 2012 which was subsequently extended to February 15, 2013. The undersigned was sworn in on February 13, 2013.

As indicated in Plaintiffs' Memorandum Plaintiffs were given two weeks from January 11, 2013 to file a Motion to Determine Reasonable Attorney's Fees and Costs. Plaintiffs filed that motion on January 22, 2013. Lee was given two weeks thereafter within which to file any opposition pleadings. On February 12, 2013 the undersigned attempted to electronically file its response to Plaintiff's motion; however, he was advised by the Clerk of the Court that although the court had granted an extension of temporary admission until February 15, 2013 the Order

contained no provision for use of ECF filing. The Clerk further advised the subject pleading would need to be mailed. In response Plaintiff mailed the original response to Plaintiff's Motion for Fees and emailed opposing counsel on February 12, 2013. Apparently the subject response was due by February 5, 2013; however, that date was inadvertently overlooked. The pleading did not reach the court until February 14, 2013. As mentioned opposing counsel received their copy on February 12, 2013.

Although the undersigned's response was not received by opposing counsel until a week after the due date Plaintiffs have failed to demonstrate any prejudice due to the untimely filing. Furthermore, a review of the pleading will not reveal any "insufficient defense or any redundant immaterial, impertinent or scandalous matter" justifying Plaintiffs' Motion to Strike.

Plaintiffs request for alternative relief (i.e. consideration of the points raised in its Memorandum) is unopposed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished via electronic transmission to: Weeun Wang, Esq., wwang@farmworkerjustice.org ; Ellis Peetluk, Esq., ellispeetluk@mac.com and Gregory S. Schell, Esq., greg@floridalegal.org this ___ day of February, 2013.

JAMES L. PADGETT, ESQ.
113 N. 4th Street
Palatka, FL 32177
Telephone: (386)-325-2666
Facsimile: (386)-325-8754
Email: padgettlaw1@aol.com
Florida Bar No. 115730
Attorney for Defendants