UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____
                                    )
LEROY SMITH, DENNIS NASH, and       )
ALFONSO GRANT,                      )
individually and on behalf of       )
all other persons similarly situated,)
                                    )
            Plaintiffs,             )    CIVIL ACTION
                                    )
v.                                  )    No. 3:12-cv-00449-MMH-TEM
                                    )
BULLS-HIT RANCH AND FARM,           )    CLASS ACTION
THOMAS R. LEE, and RONALD UZZLE,    )
                                    )
            Defendants.             )
_____)

## NOTICE OF READINESS TO PROCEED WITH SETTLEMENTS

**Plaintiffs' Settlement with Defendants Lee and Bulls-Hit**

1. On October 25, 2012, plaintiffs and defendants Thomas R. Lee and Bulls-Hit Ranch and Farm ("Bulls-Hit") requested the Court to approve their settlement agreement to resolve claims under the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219. ECF No. 18. Under the settlement, the parties agreed to terms resolving all monetary claims against defendants Lee and Bulls-Hit but left it for the Court to determine and assess reasonable attorney's fees and costs to be paid plaintiffs' counsel as provided under the FLSA, 29 U.S.C. § 216(b). On January 11, 2013, Magistrate Judge Morris recommended that the Court approve the proposed settlement and retain jurisdiction to resolve the issue of fees and costs if the parties were unable to negotiate a resolution. ECF No. 35.

2. On January 22, 2013, plaintiffs filed a motion requesting the Court to determine and assess against defendants Lee and Bulls-Hit amounts submitted by plaintiffs as reasonable attorney's fees and costs, and on February 14, 2013, those defendants filed a response contesting the amounts requested by plaintiffs. ECF Nos. 39 and 43. After further negotiations, the parties reached agreement on the amounts to be paid as reasonable attorney's fees and costs. Accordingly, on March 19, 2013, the parties jointly moved the Court for withdrawal of plaintiffs' motion seeking the Court's determination and assessment of reasonable attorney's fees and costs. ECF No. 48.

**Plaintiffs' Settlement With Defendant Uzzle**

3. On February 14, 2013, plaintiffs having reached agreement to settle their claims against defendant Ronald Uzzle, plaintiffs and Uzzle filed a joint motion requesting the Court to approve their settlement and to enter a stipulated final judgment implementing the terms of the settlement. ECF No. 41. Under the terms of the proposed judgment, defendant Uzzle is required to pay $10,000 in compensatory damages, take specified steps to reform his farm labor contracting practices, and refrain from engaging in conduct alleged to have given rise to the claims asserted in the plaintiffs' complaint. As proposed, the judgment requires defendant Uzzle to make the first of two equal $5,000 payments of damages by no later than March 31, 2013. ECF No. 41-2.

**Plaintiffs Stand Ready to Proceed**

4. As the Magistrate Judge has recommended that the Court approve plaintiffs' settlement with defendants Lee and Bulls-Hit, and as the parties have resolved all outstanding issues of costs and fees, nothing other than the Court's approval stands in the way of the parties proceeding with this settlement.

5. Plaintiffs are also ready to proceed with the terms of their settlement with defendant Uzzle. If, however, the Court does not enter the proposed judgment to implement this settlement by March 31, 2013, the parties may move to file an amended stipulated final judgment to change the date by which Uzzle is required to make the first installment payment of damages.

6. Plaintiffs are individuals with limited financial means, and they look forward to being justly compensated for their claims against defendants as soon as the Court may be able to approve the pending settlements.

7. Accordingly, plaintiffs hereby notify the court that they stand ready to proceed with the settlements pending the Court's approval, and respectfully request that the Court grant such approval as expeditiously as is practicable.

Respectfully submitted,

*/s/ Weeun Wang*

_____
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, D.C. 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida Bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2013, I caused the foregoing Notice of Readiness to Proceed With Settlements to be served via the court's ECF filing system, U.S. mail, and/or electronic mail, on the following counsel of record:

Mr. James Padgett
113 N 4th St
Palatka, FL 32177
padgettlaw1@aol.com

Mr. Gregory S. Schell
508 Lucerne Avenue
Lake Worth, FL 33460-3819
greg@floridalegal.org

Mr. Ellis Peetluk
13820 St. Augustine Rd., Suite 113-284
Jacksonville, FL 32258
ellispeetluk@mac.com

Respectfully submitted this 21st day of March, 2013,

/s/ Weeun Wang
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, D.C. 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org