**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LEROY SMITH and DENNIS NASH,
ALFONSO GRANT,
individually and on behalf of all other
persons similarly situated,
    Plaintiffs,
vs.                                    CASE NO. 3:12-cv-449-J-34TEM
BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,
    Defendants.

| **Plaintiffs' Counsel:** | **Defendants' Counsel:** |
|---|---|
| Weeun Wang, Esq. | James Padgett, Esq. |
| | Ellis Peetluk, Esq. |

| JUDGE:<br>**Thomas E. Morris**<br>**United States Magistrate Judge** | DATE AND TIME:<br>4/17/2013<br>1:58 p.m.-2:40 p.m. | Digital Recording |
|---|---|---|
| DEPUTY CLERK:<br>**Debbie Lee-Clark** | | Court Reporter:<br>**Cornerstone Reporting** (Elaine) |
| INTERPRETER:<br>**None** | | |

## CLERK'S MINUTES

    PROCEEDINGS: Telephonic Hearing on the Joint Motion For Approval of Settlement and Entry of Stipulated Final Judgment (Doc. #41).
    Inquiry made by the Court regarding posture of this action if both proposed settlements were approved. Plaintiffs' counsel advised the case would be resolved in its entirety and Plaintiffs would not move to certify the class action.
    Inquiry made by the Court regarding the non-party status of "third party claimant" Roosevelt Williams and Court oversight of a FLSA settlement in which the person had not consented to join the action as a similarly situated plaintiff. Inquiry made by the Court as to the detailed and expansive injunctive relief sought by the proposed stipulated judgment when the Court has not made any findings and there have not been any admissions by the parties. Discussion ensued. Plaintiffs' counsel to file authority for the Court's review within fourteen days.
    Hearing adjourned.