UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH, DENNIS NASH, and
ALFONSO GRANT, individually and on
behalf of all other persons similarly situated,

    Plaintiffs,

vs.      Case No. 3:12-cv-449-J-34TEM

BULLS-HIT RANCH AND FARM, INC.,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court <u>sua sponte</u>. This case is hereby reassigned to the Honorable William J. Castagna, United States Senior District Judge, Middle District of Florida, with his consent and to conduct all further proceedings.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of May, 2013.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Hon. William J. Castagna

Counsel of Record