UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, individually and on behalf of all other persons similarly situated, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 3:12-cv-00449-WJC-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) ) ) | CLASS ACTION |
| Defendants. | ) ) |  |

# PLAINTIFFS' REPORT ON STATUS OF SETTLMENT PROCEEDINGS

1. On May 10, 2013, this matter was reassigned from District Judge Marcia Morales Howard to Senior District Judge William J. Castagna. Plaintiffs submit this report to apprise Judge Castagna of the status of settlement agreements that are currently pending the Court's approval and that, when effectuated, will finally dispose of this matter as to all parties.

## Plaintiffs' Settlement with Defendants Lee and Bulls-Hit

2. On October 25, 2012, plaintiffs and defendants Thomas R. Lee and Bulls-Hit Ranch and Farm ("Bulls-Hit") requested the Court to approve their settlement agreement to resolve claims under the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219. ECF No. 18. Under the settlement, the parties agreed to terms resolving all monetary claims against defendants Lee and Bulls-Hit but left it for the Court to determine and assess reasonable attorney's fees and costs to be paid plaintiffs' counsel as provided under the FLSA, 29 U.S.C. § 216(b). On January 11, 2013, Magistrate Judge Thomas E. Morris

1

recommended that the Court approve the proposed settlement and retain jurisdiction to determine attorney's fees and costs if the parties were unable to negotiate a resolution. ECF No. 35.

3. Plaintiffs and defendants Lee and Bulls-Hit subsequently agreed to negotiated terms relating to attorney's fees and costs and, on March 19, 2013, moved to withdraw plaintiffs' request of the Court to determine such fees and costs. ECF. No. 48. On March 21, 2013, Judge Morris granted this motion, found the agreed-upon terms relating to fees and costs to be reasonable and independently negotiated, and deemed moot the pending request of the Court to determine fees and costs. ECF No. 50. Accordingly, Judge Morris ordered withdrawn his earlier recommendation that the Court retain jurisdiction to determine fees and costs. *Id.*

4. As there are no unresolved issues regarding plaintiffs' settlement with defendants Lee and Bulls-Hit, and in light of Judge Morris's revised recommendation, plaintiffs are not aware of any reason why the Court may not approve this settlement forthwith.

### Plaintiffs' Settlement With Defendant Uzzle

5. On February 14, 2013, settlement having been reached between plaintiffs and defendant Ronald Uzzle, these parties filed a joint motion requesting the Court to approve their settlement and to enter a consent judgment implementing the terms of the settlement. ECF No. 41. Under the proposed judgment, defendant Uzzle is required to pay monetary damages to plaintiffs, take specified steps to reform his farm labor contracting practices, and refrain from engaging in conduct alleged to have given rise to the claims asserted in the plaintiffs' complaint.

6. On April 17, 2013, Magistrate Judge Morris held a hearing relating to the proposed settlement, and on May 1, 2013, plaintiffs filed written responses to certain questions that Judge Morris asked at the hearing. ECF Nos. 52 and 53. Unaware of any remaining issues to be addressed, plaintiffs await Judge Morris's recommendation with respect to this settlement.

**Plaintiffs Stand Ready to Proceed**

7.	Plaintiffs are individuals of limited financial means, and certain of them are greatly in need of the money to be distributed from the settlements described above; all have been patiently but eagerly awaiting the Court's approval of the settlements. Once the settlements are approved and implemented, this litigation will be finally resolved as against all defendants.

8.	Plaintiffs therefor urge the Court to grant approval of plaintiffs' settlement with defendants Lee and Bulls-Hit as soon as is practicable, and request that it do so without regard to any further consideration or proceedings as to any aspect of the settlement with defendant Uzzle.

9.	Plaintiffs also wish to proceed expeditiously with the terms of their settlement with defendant Uzzle, and are ready and willing to provide any further assistance as may be requested to facilitate Judge Morris's recommendation and the Court's approval.


Respectfully submitted,

 */s/ Weeun Wang*

_____
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida Bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, and ALFONSO GRANT, individually and on behalf of all other persons similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION |
| v. | ) No. 3:12-cv-00449-MMH-TEM |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) CLASS ACTION ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2013, I caused the foregoing Plaintiffs' Report on Status of Settlement Proceedings to be served via the court's ECF filing system, U.S. mail, and/or electronic mail, on the following counsel of record:

Mr. James Padgett
113 N 4th St
Palatka, FL 32177
padgettlaw1@aol.com

Mr. Gregory S. Schell
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
greg@floridalegal.org

Mr. Ellis Peetluk
13820 St. Augustine Rd., Suite 113-284
Jacksonville, FL 32258
ellispeetluk@mac.com

Respectfully submitted this 16th day of May, 2013,

/s/ Weeun Wang
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, D.C. 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org