**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEROY SMITH and DENNIS NASH,
ALFONSO GRANT,
individually and on behalf of all other
persons similarly situated,

    Plaintiffs,

vs.                                              CASE NO. 3:12-cv-449-J-15TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and RONALD UZZLE,

    Defendants.

_____

**O R D E R**

This case is before the Court on Plaintiffs' Responses to Inquiries of Magistrate Judge Morris Relating to Plaintiffs' Settlement with Defendant Ronald Uzzle (Doc. #53, "Plaintiffs' Responses"), filed May 1, 2013. During the April 17, 2013 telephonic hearing, the undersigned questioned, *inter alia*, the basis for the Court to review a settlement agreement between Ronald Uzzle, a defendant in this case, and non-party Roosevelt Williams. Mr. Williams first came to the Court's attention with the filing of the Joint Motion for Approval of Settlement and Entry of Stipulated Final Judgment (Doc. #41), in which Plaintiffs' counsel identified Roosevelt Williams as a "third party claimant" (*see* Doc. #52, Clerk's Minutes). In response to the Court's concern, counsel now has filed an attorney-client retainer agreement between Florida Legal Services, Inc., and Mr. Williams for representation on Williams' behalf of potential violations of federal or state laws arising out

of employment by the Defendants named in this action.[1]  *See* Plaintiffs' Responses at Ex. A.

Having reviewed the retainer agreement, the Court finds the document sufficient to construe as Mr. Williams' consent to join this action as a claimant for unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.  The FLSA states in pertinent part, "No employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought."  29 U.S.C.A. § 216.

Accordingly, the Clerk is hereby ordered to file Exhibit A of Plaintiffs' Responses in the CM/ECF system.  The Clerk shall further docket the entry as a notice of "consent to join" by Roosevelt Williams and shall add Mr. Williams as a named plaintiff in the caption of the case.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of May, 2013.

Copies to all counsel of record
and *pro se* parties, if any

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

---

[1] Mr. Gregory Schell, Esq., is affiliated with Florida Legal Services, Inc., and appears as one of the attorneys representing Plaintiffs in this case.