# FLORIDA LEGAL SERVICES, INC.
## ATTORNEY-CLIENT RETAINER AGREEMENT

This is an agreement between Florida Legal Services, Inc. ("FLS") and Roosevelt Williams ("Client").

1. Client requests and authorizes FLS to represent Client in connection with potential violations of federal or state laws sustained by Client and similarly situated persons arising from their employment by **Ronald Uzzle, Thomas Lee, and Bulls-Hit Ranch & Farm**. This representation may include, but is not limited to, administrative complaints and hearings, and/or litigation.

2. FLS agrees to provide professional and competent legal services to Client, and keep Client advised of the status of the case or other matter. FLS does not by this agreement agree to appeal the case or matter for Client if Client loses at the administrative agency or trial court level.

3. Client agrees to keep all appointments or promptly notify FLS about the need to change an appointment. Client also agrees to truthfully give FLS all information requested, and to promptly notify FLS about any change in information and any new development in his/her case, including any change of address or telephone number. If Client fails to comply with these obligations, and, following diligent efforts, FLS cannot contact Client, Client authorizes FLS to take such action with respect to the conduct and handling of this action, including settlement of the action, as FLS deems appropriate and necessary to protect Client's interests.

4. If FLS reaches a settlement with defendant(s) that includes a payment of money to Client, or if the court orders payment of a money settlement to Client, FLS will try to contact Client by mail and/or telephone to advise Client of the outcome of the case, and to determine where to send the settlement money. According to Client's obligation to keep FLS informed of Client's current address, if FLS cannot find Client 365 days after sending Client the first notice of the resolution of the case, Client may lose the right to receive Client's settlement money.

5. If, following a review of the available evidence in Client's case, and according to FLS attorneys' professional judgment, including an assessment of FLS' resources, FLS determines that FLS is unable to represent Client, FLS will inform Client that FLS will not represent Client in this matter. Where appropriate, FLS will assist Client in seeking alternative counsel.

6. Client understands that FLS may stop representing Client if Client becomes ineligible under FLS's guidelines. FLS may also stop representing Client or withdraw from Client's case when required or permitted by the Lawyer's Code of Professional Responsibility.

7. FLS agrees not to charge Client any attorney's fees for its services. Client agrees that any attorney's fees a court requires an opposing party to pay will go to FLS. The only costs Client will have to pay FLS are costs that Client has agreed in advance to pay. Furthermore, FLS may recover any money that FLS has advanced to Client for the case from money that Client wins as a result of legal action taken under this contract.

8. FLS may at its discretion at any time during the representation obtain the assistance of one or more other attorneys or organizations to assist in Client's representation.

Date: *September 18, 2012*

*(Billy)*
*Roosevelt Williams*

For Florida Legal Services     Client



# FARMWORKER JUSTICE

**VIA FACSIMILE**

City Rescue Mission
234 W. State St.
Jacksonville, FL 32202

September 18, 2012

To Whom it May Concern:

I am a staff attorney with Farmworker Justice, a non-profit organization that advocates on behalf of migrant and seasonal farmworkers. Mr. Roosevelt "Billy" Williams has contacted our office seeking legal representation in a matter. We have prepared the attached retainer agreement for his review. If Mr. Williams finds the agreement acceptable, please have him sign, date, and return the signed agreement to us as soon as possible. You may return the signed agreement via fax at (202) 293-5427, or scan and email it to me at nmarritz@farmworkerjustice.org. If Mr. Williams has any questions, please have him call me at (202) 293-5420 x 319. Thank you very much for your assistance.

Sincerely,

Nicholas Marritz
Staff Attorney