## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **LEROY SMITH, DENNIS NASH, ALFONSO GRANT, and ROOSEVELT WILLIAMS** )<br><br>individually and on behalf of )<br>all other persons similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>**BULLS-HIT RANCH AND FARM,** )<br>**THOMAS R. LEE, and** )<br>**RONALD UZZLE,** )<br><br>Defendants. ) | CIVIL ACTION<br><br>No. 3:12-cv-00449-WJC-TEM |

### ORDER

**BEFORE THE COURT** is the Motion for Nicholas Marritz to Appear *Pro Hac Vice* on behalf of Plaintiffs. Upon consideration, it is **ORDERED:**

1.      The Motion to Appear Pro Hac Vice is GRANTED, contingent upon counsel's submission of the required Special Admission Attorney Certification form and payment of the $10.00 special admission fee.  Failure to submit the form and fee within ten (10) days of the date of this Order shall result in counsel's appearance being stricken from the record.

2.      Gregory S. Schell, Esq. is designated as local counsel pursuant to Local Rule 2.02(a)(1).

**DONE AND ORDERED** this _____ day of _____, 2013.

_____  _____
William J. Castagna
United States District Judge

1