UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LEROY SMITH, DENNIS NASH, ALFONSO GRANT, and ROOSEVELT WILLIAMS, | ) ) ) ) | |
| | ) | |
| individually and on behalf of all other persons similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | No. 3:12-cv-00449-WJC-TEM |
| | ) | |
| BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR NICHOLAS MARRITZ TO APPEAR *PRO HAC VICE*
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the

Middle District of Florida, Plaintiffs, by and through the undersigned counsel, hereby move the

Court for the special admission of Nicholas Marritz, of Farmworker Justice, to appear pro hac

vice on their behalf.  Movants further state the following:

1.      Mr. Marritz is a resident of the District of Columbia and an attorney with

Farmworker Justice, located at 1126 16th Street NW, Suite 270, Washington, D.C., 20036;

telephone 202-293-5420; facsimile 202-293-5427.

2.      Mr. Marritz is an attorney licensed to practice law in the state of California and is

a member in good standing with the bars of the United States District Court for the Central

District of California, the United States Court of Appeals for the Ninth Circuit, the Supreme

Court of California, and the Tulalip Tribal Court. Mr. Marritz has been a member in good

standing of the California Bar since June 11, 2012.  Mr. Marritz has never been disbarred or

1

suspended from the practice of law in the state of California.

3.       Mr. Marritz is complying simultaneously with the requirements of Local Rule 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court and by registering for electronic service.

4.       Mr. Marritz designates the undersigned counsel, Gregory S. Schell, to act as local counsel, and Mr. Schell consents to act as such.  Mr. Schell is admitted to practice before this Court, and he consents to the designation and to act as local counsel.

5.       Pursuant to Local Rule 3.01(g), movants have conferred with counsel for Defendants Bulls-Hit, Lee, and Uzzle, who have no objection to Mr. Marritz's appearance in this matter.

WHEREFORE Plaintiffs, by the undersigned counsel, respectfully request the Court to grant their motion for Nicholas Marritz to be admitted *pro hac vice* to appear and participate in the above-captioned case on their behalf.

Dated: June 12, 2013                                Respectfully submitted,


                                                   /s/ Gregory S. Schell_____
                                                   Gregory S. Schell (Florida Bar No. 287199)
                                                   Florida Legal Services, Inc.
                                                   Migrant Farmworker Justice Project
                                                   508 Lucerne Avenue
                                                   Lake Worth, FL 33460-3819
                                                   561-582-3921 (telephone)
                                                   561-582-4884 (facsimile)
                                                   greg@floridalegal.org

                                                   *Attorney for Plaintiffs*

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

_____

| | |
|---|---|
| LEROY SMITH, DENNIS NASH,<br>ALFONSO GRANT, and ROOSEVELT<br>WILLIAMS | ) <br> ) <br> ) |
| individually and on behalf of<br>all other persons similarly situated, | ) <br> ) <br> ) |
| Plaintiffs, | )      CIVIL ACTION<br> ) |
| v. | )      No. 3:12-cv-00449-WJC-TEM<br> ) |
| BULLS-HIT RANCH AND FARM,<br>THOMAS R. LEE, and RONALD UZZLE, | )      CLASS ACTION<br> ) <br> ) |
| Defendants. | ) |

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2013, I caused the foregoing Motion for Nicholas Marritz to Appear *Pro Hac Vice* to be served via the court's ECF filing system, U.S. mail, and/or electronic mail, on the following counsel of record:

Mr. James Padgett
113 N 4th St
Palatka, FL 32177
padgettlaw1@aol.com

Mr. Weeun Wang
Farmworker Justice
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Mr. Ellis Peetluk
13820 St. Augustine Rd., Suite 113-284
Jacksonville, FL 32258
ellispeetluk@mac.com

Respectfully submitted this 12th day of June, 2013,

/s/ Gregory S. Schell
Gregory S. Schell (Florida Bar No. 287199)
Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
greg@floridalegal.org