UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, ALFONSO GRANT, and ROOSEVELT WILLIAMS<br><br>individually and on behalf of all other persons similarly situated,<br>Plaintiffs<br><br>v.<br><br>BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE,<br><br>Defendants. | CIVIL ACTION<br><br>No. 3:12-cv-00449-WJC-TEM<br><br>CLASS ACTION |

## STIPULATED PROPOSED FINAL ORDER
## AGAINST DEFENDANTS BULLS-HIT AND LEE

This matter is before the Court upon the parties' Joint Motion for Court Approval of Settlement and Release between Plaintiffs and Defendants Thomas R. Lee and Bulls-Hit Ranch & Farm (the "Bulls-Hit Settlement") (ECF No. 18). On June 16, the Court granted the parties' Joint Motion, approving the Bulls-Hit Settlement and dismissing without prejudice Plaintiffs' claims against Defendants Lee and Bulls-Hit. (ECF No. 63). The Court being duly advised that the parties stand ready to effectuate the terms of the Bulls-Hit Settlement, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants Lee and Bulls-Hit are DISMISSED with prejudice. This Judgment extends only to Defendants Lee and Bulls Hit; the claims against Ronald Uzzle remain pending before the Court.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of _____, 2013.

_____
William J. Castagna
Senior United States District Judge




Respectfully submitted,
/s/ Nicholas Marritz

Nicholas Marritz
Weeun Wang
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
wwang@farmworkerjustice.org

Gregory S. Schell (Florida bar No. 287199)
FLORIDA LEGAL SERVICES, INC.
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
561-582-3921 (telephone)
561-582-4884 (facsimile)
greg@floridalegal.org

Attorneys for Plaintiffs