UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH, DENNIS NASH and
ALFONSO GRANT, individually
and on behalf of all other
similuarly situated,

        Plaintiffs,

v.                          Case No. 3:12-Cv-449-J-15TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and
RONALD UZZLE,

        Defendants.
_____/

## STIPULATED PROPOSED FINAL ORDER AGAINST DEFENDANTS BULLS-HIT AND LEE

This matter is before the Court upon the parties' Joint Motion for Court Approval of Settlement and Release between Plaintiffs and Defendants Thomas R. Lee and Bulls-Hit Ranch & Farm (the "Bulls-Hit Settlement") (D-18). On June 16, the Court granted the parties' Joint Motion, approving the Bulls-Hit Settlement and dismissing without prejudice Plaintiffs' claims against Defendants Lee and Bulls-Hit. (D-63). The Court being duly advised that the parties stand ready to effectuate the terms of the Bulls-Hit Settlement, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants Lee and Bulls-Hit are DISMISSED with prejudice. This Judgment extends only to Defendants Lee and Bulls Hit; the claims against Ronald Uzzle remain pending before the Court.

DONE AND ORDERED at Tampa, Florida, this 8th day of July, 2013.

William J. Castagna
Senior United States District Judge