UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEROY SMITH, DENNIS NASH, ALFONSO GRANT and ROOSEVELT WILLIAMS<br><br>individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs<br><br>　　　　　v.<br><br>BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 3:12-cv-00449-WJC-TEM<br><br>CLASS ACTION |

**PLAINTIFFS' AND DEFENDANT UZZLE'S RESPONSE
TO MAGISTRATE'S REPORT AND RECOMMENDATION**

In February of this year, Plaintiffs and Defendant Ronald Uzzle asked the Court to approve their settlement agreement and enter a stipulated final judgment. ECF No. 41. In his Report and Recommendation, Magistrate Judge Morris recommended that the settlement be approved, and recommended that the parties be required to submit a revised proposed stipulated judgment reflecting certain developments in the case, specifically relating to the status of Plaintiff Roosevelt Williams and Defendant Uzzle's settlement payments. ECF No. 65. Accordingly, the parties submit a revised proposed stipulated final judgment addressing the Magistrate's recommendation.

Respectfully submitted,

 /s/ Nicholas Marritz

Nicholas Marritz
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, D.C. 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
nmarritz@farmworkerjustice.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| LEROY SMITH, DENNIS NASH, ALFONSO GRANT and ROOSEVELT WILLIAMS<br><br>individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BULLS-HIT RANCH AND FARM, THOMAS R. LEE, and RONALD UZZLE,<br><br>Defendants. | CIVIL ACTION<br><br>No. 3:12-cv-00449-WJC-TEM<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2013, I caused the foregoing Response to Magistrate's Report and Recommendation to be served via the court's ECF filing system, U.S. mail, and/or electronic mail, on the following counsel of record:

Mr. Ellis Peetluk
13820 St. Augustine Rd., Suite 113-284
Jacksonville, FL 32258
ellispeetluk@mac.com

Mr. Weeun Wang
1126 16th Street NW, Suite 270
Washington, D.C. 20036
wwang@farmworkerjustice.org

Mr. James Padgett
113 N 4th St
Palatka, FL 32177
padgettlaw1@aol.com

Mr. Gregory S. Schell
508 Lucerne Avenue
Lake Worth, FL 33460-3819
greg@floridalegal.org

Respectfully submitted this 18th day of July, 2013,

/s/ Nicholas Marritz

Nicholas Marritz
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, D.C. 20036
202-293-5420 (telephone)
202-293-5427 (facsimile)
nmarritz@farmworkerjustice.org

Attorney for Plaintiffs