```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION
```

LEROY SMITH, et al.,

    Plaintiffs,

v.                        Case No. 3:12-Cv-449-J-15TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and
RONALD UZZLE,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate's Report and Recommendation (D-65) recommending that the parties' Joint Motion for Approval of Settlement and Entry of Stipulated Judgment (D-41), be granted in part. All parties previously have been furnished copies of the Report and Recommendation and been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), Rule 72(b) Fed.R.Civ.P., and Local Rule 6.02(a), United States District Court for the Middle District of Florida. None of the parties have filed any objections to the Report and Recommendation.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir.1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-

Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir.1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D.Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a *de novo* review of the legal conclusions. Upon review of the record, including the Report and Recommendation dated June 28, 2013 (D-65), Joint Motion, and Agreement of Settlement and Release, the Undersigned concludes that the settlement represents a fair and reasonable resolution of a *bona fide* dispute of FLSA issues. Accordingly, the Court will accept and adopt Judge Morris' Report.

Accordingly, it is ORDERED:

1) The Magistrate's Report and Recommendation (D-65) is adopted and incorporated by reference in this Order of the Court.

2) The Joint Motion for Approval of Settlement and Entry of Stipulated Final Judgment (D-41) is GRANTED in part.

3) Plaintiffs' counsel is prohibited from withholding any portion of the settlement amounts payable to Plaintiff Smith, Nash, Grant and Williams under the settlements agreements pursuant to a contingent fee agreement or otherwise.

DONE AND ORDERED at Tampa, Florida this 23rd day of July, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

2