UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY SMITH, DENNIS NASH,
ALFONSO GRANT and ROOSEVELT
WILLIAMS, individually and on
behalf of all other persons
similarly situated,

    Plaintiffs,

v.                                Case No. 3:12-Cv-449-J-15TEM

BULLS-HIT RANCH AND FARM,
THOMAS R. LEE, and
RONALD UZZLE,

    Defendants.
_____/

## O R D E R

On July 23, 2013, the Court entered an Amended Stipulated Final Judgment Against Defendant Ronald Uzzle (D-69).

Accordingly, it is ORDERED that:

(1) This case is **DISMISSED without prejudice** as to all claims, individual and potential class-action, between Plaintiffs Smith, Nash, Grant and Williams, and Defendants Lee and Bulls-Hit, subject to the rights of the parties to move to reopen upon good cause being shown, within sixty (60) days of the date of the District Court's entry of the revised Stipulated Final Judgment. After the sixty (60) day period, however, without further delay, the dismissal be deemed with prejudice.

DONE AND ORDERED at Tampa, Florida, this 24th day of July, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE